**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

IN RE:  
           CHAPTER 13  
           CASE NO: 8-10-bk-04683-KRM

LATASHA USILLA LEE

_____/

**NOTICE OF FINAL CURE PAYMENT AND**
**COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1 (f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

NAME OF CREDITOR: BSI FINANCIAL SERVICES

COURT CLAIM NO. 16.

LAST FOUR DIGITS OF NUMBER USED TO IDENTIFY ACCOUNT 0838.

    FINAL CURE AMOUNT: $12,580.67.

    AMOUNT PAID BY TRUSTEE $12,580.67.

**MORTGAGE IS PAID THROUGH THE CONFIRMED CHAPTER 13 PLAN AND IS DUE FOR THE** April 1, 2015 **PAYMENT.**

Within 21 days of the service of this Notice, the creditor must file and serve same on the debtor, debtor's counsel, and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the debtor is otherwise current on all payments, or be subject to further action of the court including possible sanctions.

Dated: April 15, 2015.          /s/ Kelly Remick  
                                                 KELLY REMICK  
                                                 CHAPTER 13 STANDING TRUSTEE  
                                                 P.O. BOX 6099  
                                                 SUN CITY CENTER, FLORIDA 33571

Debtor: Latasha Usilla Lee, 647 Ponderosa Drive West, Lakeland, FL 33810  
Debtor's Atty: Jamie K. Proctor, P.A., 4121 N. Armenia Ave., Tampa, FL 33607  
Creditor: BSI Finc'l Svcs., Inc., Attn: Customer Care, 314 S. Franklin St., 2nd Flr., Titusville, PA 16354